UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**JS-6**

| | |
|---|---|
| SONOSITE, INC., <br>     Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ZONARE MEDICAL SYSTEMS, INC., <br>     Defendant/Counterclaimant. | Case No. SACV07-222AG (FFMx) <br><br> **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Having considered the Joint Stipulation of SonoSite, Inc. and Zonare Medical Systems, Inc. to dismiss with prejudice all claims and counterclaims asserted by either party against each other in this action, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims asserted in this action by the parties are hereby dismissed with prejudice;

    It is further **ORDERED** that the parties are to bear their own costs and fees.

Dated: July 30, 2008

                                      The Honorable Andrew J. Guilford <br>
                                      United States District Judge